# EXHIBIT D

|  |  |  |  |
|---|---|---|---|
|  |  |  | **PATENT**<br>Attorney Docket No. CTZ-001C4 |
| **IN THE UNITED STATES PATENT AND TRADEMARK OFFICE** ||||
| APPLICANT: | Vagelos | CONFIRMATION NO.: | 4067 |
| APPLICATION NO.: | 12/552,170 | GROUP NO.: | 2468 |
| FILING DATE: | September 1, 2009 | EXAMINER: | Jagannathan, Melanie |
| TITLE: | SYSTEMS AND METHODS FOR PROVIDING ENHANCED TELEPHONE SERVICES |||

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### APPLICANT'S COMMENTS ON STATEMENT OF REASONS FOR ALLOWANCE

Applicant thanks the Examiner for allowance of claims 1-11. Applicant submits the following comments in response to the Examiner's Statement of Reasons for Allowance mailed on April 28, 2010.

Applicant respectfully submits that the prior art of record does not disclose, in single or in combination, f) establishing, by the computerized telephone services device, a first telephone connection between the originating telephone line and one of the two or more telephone lines associated with the common number of the called party if the challenge is satisfied and g) detecting, by the computerized telephone services device, entry of a code from the answered telephone line, the code indicative of a request to pass the established first telephone connection from the answered telephone line to a third telephone line associated with the common number of the called party in combination with the other limitation of the claim.

Applicant respectfully wishes to bring to the attention of the Examiner that there is a typographical error in the Statement of Reasons for Allowance, namely, that step g) is stated twice in the document with the second occurrence being an apparent duplication.

1

APPLICANT'S COMMENTS ON STATEMENT OF REASONS FOR ALLOWANCE
Application No.: 12/552,170
Filed: September 1, 2009
Page 2 of 2

      The Commissioner is hereby authorized to charge the issue fee and the publication fee ($1810.00) and any other required fee to Attorney's Deposit Account No. 50-3081. If there are any questions, the U.S. Patent Office is kindly requested to contact the undersigned at the telephone number below.

      Respectfully submitted,

/Patrick J. Niedermeier #64,496/

Date: May 21, 2010     Patrick J. Niedermeier
Reg. No.: 64.496     Attorney for the Applicant
    Proskauer Rose LLP
Tel. No.: (617) 526-9880     One International Place
Fax No.: (617) 526-9899     Boston, MA 02110