IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRONTIER COMMUNICATIONS CORPORATION, | ) ) ) | C.A. No.:  10-545-GMS |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| GOOGLE INC., | ) ) | |
| Defendant. | ) | |

### SPECIAL MASTER'S FINDINGS AND DECISION

**UPON CONSIDERATION** of the application of Plaintiff Frontier Communications Corporation dated February 14, 2014, for the entry of an order compelling Defendant Google Inc. to provide certain additional discovery (the "Application");

**AND UPON CONSIDERATION** of the response of Defendant Google, Inc. dated February 14, 2014 (the "Response");

**AND AFTER HEARING AND CONSIDERATION** of the Application and Response on the record at the February 17, 2014 hearing,[1] the Special Master memorializes his findings and decisions and **HEREBY ORDERS AS FOLLOWS**:

1.      Subject to the requirements of paragraph 2 of this Order;[2] Defendant Google Inc. shall not be required to provide additional information to enable Plaintiff Frontier Communications Corporation to understand the organization of the source code for Google Voice;[3]

---

[1] *See* Transcript of Oral Argument, *Frontier Communications Corp. v. Google Inc.*, C.A. No. 10-545-GMS (Feb. 17, 2014), S.M. White.
[2] *See id.* at 88:5-15.
[3] *See id.* at 88:5-15.

2.      No later than Friday, February 28, 2014, Defendant Google Inc. shall supplement its response to Interrogatory No. 14, as modified by counsel for Plaintiff Frontier Communications Corporation on January 28, 2014, which sets forth fifteen (15) specific areas, i.e., "entry points" of navigational inquiry into the top level architecture to Google Voice;[4]

3.      Defendant Google Inc. shall not be required to make available a duplicate copy of the current version of the source code for Google Voice;[5]

4.      Defendant Google Inc. shall not be required to identify those individuals who worked on the files which performed key functions within the source code for Google Voice.[6] This ruling is without prejudice to Plaintiff Frontier Communications Corporation making a request for this information after review of Defendant's supplemental responses to Interrogatory No. 14 in accordance with paragraph 2 of this Order and the unredacted documents to be produced by Defendant in accordance with paragraph 5 of this Order;

5.      Defendant Google Inc. shall produce to Plaintiff Frontier Communications Corporation unredacted copies of all documents previously produced to Plaintiff in this litigation which were redacted for reference to or inclusion of information related to the source code for Google Voice.[7]

**IT IS SO ORDERED** this 18th day of February, 2014.

Special Master David A. White

---

[4] *See id.*
[5] *See id.* at 88:16-23.
[6] *See id.* at 88:24 – 89:7.
[7] *See id.* at 22:12-16.

ME1 17195969v.1