IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FRONTIER COMMUNICATIONS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 10-545 (GMS) |
| v. | ) ) | |
| GOOGLE INC., | ) ) | |
| Defendant. | ) | |

## JOINT CLAIM CHART

The parties have met and conferred, and present the following Joint Claim Chart pursuant to the Scheduling Order entered by the Court on February 7, 2013, as amended (D.I. 64).

The parties' Joint Claim Chart for claim construction proceedings for U.S. Patent No. 7,742,468 is attached hereto as Exhibit A. This chart identifies the disputed claim terms, the parties' proposed constructions of the disputed claim terms, and the parties' identification of intrinsic evidence in support of their respective proposed constructions.[1] Citations to patent column and line numbers are in column:line format. Each citation to a figure incorporates by reference, as if fully set out herein, any associated description or discussion of the figure. Similarly, each citation to a description or discussion of any figure incorporates by reference each figure described or discussed as if fully set out herein.

---

[1]   Frontier's position as to the claim terms needing construction and the constructions of the terms are based on the current status of discovery, which is being addressed by the Special Master.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
jtigan@mnat.com
   *Attorneys for Frontier*
   *Communications Corporation*

OF COUNSEL:

Charles W. Steese
IJay Palansky
STEESE ♦ EVANS ♦ FRANKEL, P.C.
6400 S. Fiddlers Green Circle, Suite 1820
Denver, CO 80111
(720) 200-0676

W. West Allen
LEWIS ROCA ROTHBERGER LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 949-8200

Shane E. Olafson
LEWIS ROCA ROTHBERGER LLP
40 North Central Avenue, Suite 1900
Phoenix, AZ 85004
(602) 262-5327

February 28, 2014
8044541

RICHARDS, LAYTON & FINGER

*/s/ Jason J. Rawnsley*
_____
Frederick L. Cottrell, III (#2555)
Jason J. Rawnsley (#5379)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
rawnsley@rlf.com
   *Attorneys for Google Inc.*

OF COUNSEL:

Douglas D. Salyers
Puja R. Patel
TROUTMAN SANDERS LLP
5200 Bank of America Plaza
600 Peachtree Street, N.E.
Atlanta, GA 30308
(404) 885-3000

Robert A. Angle
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, VA 23218
(804) 697-1200