# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRONTIER COMMUNICATIONS CORPORATION,<br><br>     Plaintiff/Counterclaim Defendant,<br><br>   v.<br><br>GOOGLE INC.,<br><br>     Defendant/Counterclaim Plaintiff. | Civil Action No.: 10-545 (GMS)<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Frontier Communications Corporation, and Defendant, Google Inc., hereby stipulate to the dismissal of the action. All claims of infringement that Plaintiff raised in this action are dismissed WITH PREJUDICE. All claims, defenses, or counterclaims that Defendant raised are dismissed WITHOUT PREJUDICE.  Each party shall bear its own attorneys' fees and costs.

Dated:  June 5, 2014

| | |
|---|---|
| /s/ Thomas C. Grimm | /s/ Jason Rawnsley |
| Thomas C. Grimm (#1098)<br>Mary B. Graham (#2256)<br>Jeremy A. Tigan (#5239)<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>tgrimm@mnat.com<br>mgraham@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Frontier Communications Corporation* | Frederick L. Cottrell, III (#2555)<br>Jason Rawnsley (#5379)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE  19801<br>Tel.:  (302) 651-7700<br>cottrell@rlf.com<br>rawnsley@rlf.com<br><br>*Attorneys for Defendant GOOGLE INC.* |

OF COUNSEL:

W. West Allen
LEWIS ROCA ROTHGERBER, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 949-8200
WAllen@LRRLaw.com

Shane E. Olafson
LEWIS ROCA ROTHGERBER, LLP
201 East Washington Suite 1200
Phoenix, AZ 85004
(602) 262-5327
SOlafson@LRRLaw.com

OF COUNSEL:

Scott R. Samay (*pro hac vice*)
ssamay@winston.com
Peter Lambrianakos (*pro hac vice*)
plambrianakos@winston.com
Rachel Kaufman (*pro hac vice*)
rkaufman@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166
Tel.:  (212) 294-3521

George Lombardi (*pro hac vice*)
glombardi@winston.com
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL  60601
Tel: (312) 558-5969